| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CHRISTOPHER SCOT TAYLOR, §
　§
　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 9:23-CV-210
　§
JAMES PAYNE, DISTRICT JUDGE, *et al.*, §
　§
　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Christopher Scot Taylor, an inmate confined at the Shelby County Jail in Center, Texas, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants District Judge James Payne, Shelby County District Attorney Karren Price, District Judge LeAnn Rafferty, Shelby County Judge Allison Harbuson, Attorney John Price, Kevin Windham, Chief Deputy Sheriff Ruth Gonzales, Attorney Holly Hammons, and Attorney Dexter Jones. The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On January 3, 2024, the magistrate judge entered a Report and Recommendation in which she recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#11). To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#11) is **ADOPTED**. This case is dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED at Beaumont, Texas, this 14th day of March, 2024.

                                              *Marcia A. Crone*
                                              MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE